IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTOPHER JARRETT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WESTERN STATES EQUIPMENT<br>CO., and JOHN DOES 1-5,<br><br>　　　　Defendants. | CV 18-174-M-DLC-JCL<br><br>ORDER |

Pursuant to the Stipulation for Dismissal with Prejudice and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice with each side being their own costs and fees.

DATED this 16th day of July, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge